United States District Court
Southern District of Texas
**ENTERED**
September 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GUILLERMO RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-148 |
| | § | |
| OFFICER AT MCCONNELL UNIT, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION
## TO DISMISS CASE FOR FAILURE TO PROSECUTE

Plaintiff Guillermo Rodriguez, currently confined at the McConnell Unit in Beeville, Texas, has filed this *pro se* civil rights complaint. Plaintiff alleges in his complaint that a corrections officer at the McConnell Unit has placed Plaintiff's life in danger.

Because Plaintiff did not prepare and submit his original complaint on the proper 42 U.S.C. § 1983 form, the undersigned issued an Order on May 29, 2018, directing Plaintiff to file an amended complaint on a proper § 1983 form within twenty days. (D.E. 8). The undersigned further directed the Clerk of the Court to send Plaintiff a § 1983 form complaint. Lastly, the undersigned provided Plaintiff with instructions in filling out the form and stating the factual basis supporting his claim that a McConnell Unit official has placed his life in danger. Plaintiff was warned that his failure to comply with the May 29 Order may result in the dismissal of this action for want of prosecution.

Plaintiff failed to respond to the May 29 Order. On July 16, 2018, the undersigned ordered Plaintiff to show cause within twenty days why his civil rights action should not

be dismissed for failing to comply with the instructions contained in the May 29 Order. (D.E. 11). Plaintiff was warned that his "[f]ailure to comply with each of the instructions contained in the form complaint, the May 29 Order, and [the July 16] Order (including the submission of the amended complaint in a timely manner) will result in the dismissal of this action for want of prosecution and for failure to comply with court orders. (D.E. 11, p. 2).

In addition, on July 13, 2018, the Clerk of the Court issued to Plaintiff a Notice of Deficient Pleading, which instructed Plaintiff that he must file within twenty days: (1) a filing fee of $350.00 or a fully complete application for leave to proceed *in forma pauperis*; and (2) a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his complaint. (D.E. 10). Plaintiff was warned that his failure to correct the noted deficiencies in a timely manner may result in the dismissal of his case for want of prosecution. (D.E. 10).

A district court has authority to dismiss a case for want of prosecution or for failure to comply with a court order. Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute). To date, Plaintiff has not responded to either the July 13 Notice of Deficient Pleading or the July 16 Show Cause Order. Plaintiff has repeatedly failed to follow court orders and file an amended complaint as directed in both the May 29 and July 16 orders. He has been previously advised that this action may be dismissed for want of prosecution if he fails to comply with a court order. Dismissal is therefore warranted under these circumstances.

Accordingly, it is respectfully recommended that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

Respectfully submitted this 13th day of September, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).