IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GUILLERMO RODRIGUEZ, | § |
| Plaintiff, | § |
| VS. | § CIVIL NO. 2:18-CV-148 |
| OFFICER AT MCCONNELL UNIT, | § |
| Defendant. | § |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to dismiss case for failure to prosecute, Dkt. No. 12.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 12. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned case. FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1998). ("A district court may dismiss an action for failure of a plaintiff to prosecute or to comply with any order of court.").

The Court **DIRECTS** the Clerk of the Court to close this case.

SIGNED this 13th day of May 2019.

_____
Hilda Tagle
Senior United States District Judge